# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 19-cv-03124-RM-NRN

MICHAEL F. HOLOWECKI,

    Plaintiff,

v.

METROPOLITAN STATE UNIVERSITY OF DENVER, et al.

    Defendants.

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*12:54 pm, Feb 12, 2021*
**JEFFREY P. COLWELL, CLERK**

## MOTION TO FILE AN AMENDED RESPONSE TO DEFENDANTS MOTION TO DISMISS AMENDED COMPLAINT

Plaintiff Michael Holowecki (Plaintiff or "Holowecki"), respectfully requests permission of the court to file an Amended Response to Defendants' Motion to Dismiss Amended Complaint to correct errors and omissions found in a review of the previous filing.

Plaintiff has conferred with Defendants counsel, requesting to submit the amended response on or before Friday, February 19, 2021 with Defendants answer due by March 5, 2021 to allow for continuation of the calendar.

Defendant counsel has provided they are unopposed to the above.

Respectfully submitted this 12th day of February 2021.

/S Michael Holowecki

Michael Francis Holowecki
1060 Teller Street Apt 302
Lakewood, CO 80214
Phone: (720) 572-0296
E-mail: mholowecki@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2021, I electronically filed the foregoing Request to File an Amended Response to Motion to Dismiss Amended Complaint, which was sent via the Court's electronic filing system to all counsel of record.

/s Michael Francis Holowecki