FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
*8:30 am, Mar 22, 2021*
JEFFREY P. COLWELL, CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 19-cv-03124-RM-NRN

MICHAEL F. HOLOWECKI,

Plaintiff,

v.

METROPOLITAN STATE UNIVERSITY OF DENVER,
BOARD OF TRUSTEES OF METROPOLITAN STATE UNIVERSITY OF DENVER, et.al.

Defendants.

---

# MOTION TO SCHEDULE SETTLEMENT HEARING

---

Plaintiff Michael Holowecki, hereby submits this MOTION TO SCHEDULE SETTLEMENT HEARING as follows:

On advisement of the court given during the hearing of March 12, 2021, Plaintiff and Defendant's counsel, 'Skip' Skippere, did confer via email on March 18, 2021 to discuss the possibility of meeting before the court and mediating a settlement.

Upon conferral Defendant's counsel agreed to appear for a settlement conference at the earliest convenience of the court and expressed the week of April 5, 2021 to be first availability for said conference.

Plaintiff respectfully requests that a settlement hearing be scheduled to the earliest convenience of the court.

.

Respectfully submitted this 22nd day of March 2021.

_/s Michael Francis Holowecki_________________________

Michael Francis Holowecki
P.O. Box 711
Parachute, CO 81635
Phone: (720) 572-0296
E-mail: mholowecki@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 22nd, 2021, I electronically filed the foregoing MOTION TO SCHEDULE SETTLEMENT HEARING, which was sent via the Court's electronic filing system to all counsel of record.

/s Michael Francis Holowecki