Gmail **michael holowecki <mholowecki@gmail.com>**

# Civil Action No.: 19-cv-03124-RM-NRN - MOTION TO SCHEDULE SETTLEMENT HEARING

2 messages

**michael holowecki** <mholowecki@gmail.com> Mon, Mar 22, 2021 at 4:04 AM
To: cod_prose_filing@cod.uscourts.gov
Cc: Skip Spear <Skip.Spear@coag.gov>

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*10:58 am, Mar 22, 2021*
**JEFFREY P. COLWELL, CLERK**

For filing in the above referenced case as indicated.

Very truly yours,
Michael Holowecki

**03222021 Motion to Schedule Settlement Hearing.pdf**
109K

**michael holowecki** <mholowecki@gmail.com> Mon, Mar 22, 2021 at 8:23 AM
To: cod_prose_filing@cod.uscourts.gov, Skip Spear <Skip.Spear@coag.gov>

Please advise the court that at 3:41 a.m. on Friday, March 19, 2021, my mental health canine companion expired and I was grief-stricken to the point that I was unable to submit this filing before this morning. Having reread the previous order of the court, this filing was due on Friday, March 19, 2021.

Respectfully submitted,

Michael F. Holowecki
Plaintiff Pro se

[Quoted text hidden]
--
[Quoted text hidden]

**03222021 Motion to Schedule Settlement Hearing.pdf**
109K