IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03124-RM-NRN

MICHAEL HOLOWECKI,

Plaintiff,

v.

METROPOLITAN STATE UNIVERSITY OF DENVER,
BOARD OF TRUSTEES OF METROPOLITAN STATE UNIVERSITY OF DENVER,
JANINE DAVIDSON, in her official capacity,
BRAELIN PANTEL, in her official capacity,
DAVE HADEN, in his official capacity and in his individual capacity,
KELLI FRANK, in her official capacity and in her individual capacity,
WHITNEY TRAYLOR, in his official capacity and his individual capacity,
DANIELA GARCIA, in her official capacity and individual capacity, and
RAUL M. SANCHEZ, in his official capacity,

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge N. Reid Neureiter

It is HEREBY ORDERED that the Motion to Schedule Settlement Hearing, ,Dkt. #54, is GRANTED. A Telephonic Settlement Conference is set on April 5, 2021 at 9:30 a.m. Counsel for Defendants is directed to arrange the use of Zoom or other virtual meeting platform and provide the information necessary to participate to Plaintiff and this Court's chambers, Neureiter_Chambers@cod.uscourts.gov.

It is further ORDERED that counsel shall have parties present who shall have full authority to negotiate all terms and demands presented by the case, and full authority to enter into a settlement agreement, including an adjustor if an insurance company is involved. "Full authority" means that the person who attends the settlement conference has the complete and unfettered capacity and authority to meet or pay all terms or amounts which are demanded or sought by the other side of the case without consulting with some other person, committee or agency. If any person has limits upon the extent or amount within which he or she is authorized to settle on behalf of a party, that person does not have "full authority." If an insurance policy is involved, the person must have full authority, up to and including, policy limits.

In order that productive settlement discussions can be held, the parties shall prepare a confidential position statement submitted by email only to the Magistrate

Judge, no later than five (5) business days prior to the date of the settlement conference. Statements are limited to 10 pages total. The total number of pages of exhibits attached may not exceed 20. The confidential statement shall be emailed to Chambers (not submitted for filing to the court) at Neureiter_Chambers@cod.uscourts.gov. This statement shall directly address the party’s interests, concerns, needs, and fears which may affect the party's settlement position or ability to settle.

Finally, the each party is directed to separately call Chambers (303-335-2403) and schedule a 15-20 minute long call with the Court, 2 to 3 days in advance of the settlement conference, to discuss the nature of the case, the settlement demands, the respective positions of the parties, and any potential impediments to settlement they might foresee.

Date: March 23, 2021