# MINUTE ENTRY FOR SETTLEMENT

TO: Docketing

FROM: Magistrate Judge N. Reid Neureiter

DATE: April 5, 2021

RE: CIVIL DOCKET FOR CASE #: 19-cv-03124-RM-NRN
Holowecki v. Metropolitan State University of Denver et al

____ A settlement conference was held on ______________and no settlement was reached as to any claims in this action.

_X___ Another Settlement Conference set for April 15, 2021 at 1:30 p.m.

Updated Confidential Settlement Statements are due on or before ____________________________.

☐ in accordance with the Court's Instructions

____ A settlement conference was held on this date, and a settlement was reached as to

_X_ All claims in this action. The parties shall file dismissal papers on or before ________.

____ Claims between _________________________ and __________________. These parties shall file a stipulated motion to dismiss on or before ___________________________.

Settlement conference and preparation time involved: 6.5 hours.

_____ A record was made _X_ No record was made

* * * * * * * * * * * * * * * * *

_____ Supplemental settlement negotiations were held in the above-captioned case.

Negotiation time involved: 6 hours __ minutes