**MINUTE ENTRY FOR SETTLEMENT**

TO: Docketing

FROM: Magistrate Judge N. Reid Neureiter

DATE: April 15, 2021

RE: CIVIL DOCKET FOR CASE #: 19-cv-03124-RM-NRN
<u>Holowecki v. Metropolitan State University of Denver et al</u>

_____ A settlement conference was held on _____ and no settlement was reached as to any claims in this action.

_____ Another Settlement Conference set for _____

Updated Confidential Settlement Statements are due on or before _____.

☐ in accordance with the Court's Instructions

__X__ A settlement conference was held on this date, and a settlement was reached as to

__X__ All claims in this action. The parties shall file dismissal papers on or before <u>May 17, 2021</u>.

_____ Claims between _____ and _____. These parties shall file a stipulated motion to dismiss on or before _____.

Settlement conference and preparation time involved:

_____ A record was made      __X__ No record was made

* * * * * * * * * * * * * * * *

__X__ Supplemental settlement negotiations were held in the above-captioned case.

Negotiation time involved: 2 hours 30 minutes