IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03124-RM-NRN

MICHAEL HOLOWECKI,

Plaintiff

v.

METROPOLITAN STATE UNIVERSITY OF DENVER, et al.,

Defendants.

---

**STATUS REPORT**

---

Defendants submit this Status Report and state as follows:

The Honorable N. Reid Neureiter held settlement conferences in the above captioned matter on April 5 and 15, 2021. As a result of those conferences, settlement terms were agreed on and the parties were instructed to file dismissal papers on or before May 17, 2021.

The parties have entered into a written settlement agreement with an effective date of May 12, 2021. Pursuant to that agreement, any settlement payment is due within thirty (30) days of final approval by the Controller for the State of Colorado—on or before June 11, 2021.

Plaintiff is unwilling to execute dismissal papers until payment is made. As a result, Defendants believe that dismissal papers will be filed on or before June 11, 2021.

Respectfully submitted this 17th day of May, 2021.

PHILIP J. WEISER
Attorney General

*/s/ Skip Spear*
Skippere Spear, No. 32601*
Andrew M. Katarikawe, No. 25600*
Senior Assistant Attorneys General

ATTORNEYS FOR DEFENDANTS
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 6th Floor
Denver, CO 80203
(720) 508-6140; (720) 508-6616
skip.spear@coag.gov;
andrew.katarikawe@coag.gov
*counsel of record

**CERTIFICATE OF SERVICE**

I certify that I served the foregoing Status Report upon all parties herein by e-filing and service through the CM/ECF system maintained by the court or by depositing copies of same in the United State mail, first-class postage prepaid, at Denver, Colorado, this 17th day of May, 2021 addressed as follows:

Michael Holowecki
P.O. Box 711
Parachute, CO 81635
mholowecki@gmail.com

*/s/ Theresa Damon*