IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03124-RM-NRN

MICHAEL HOLOWECKI,

Plaintiff,

v.

METROPOLITAN STATE UNIVERSITY OF DENVER,
BOARD OF TRUSTEES OF METROPOLITAN STATE UNIVERSITY OF DENVER,
JANINE DAVIDSON, in her official capacity,
BRAELIN PANTEL, in her official capacity,
DAVE HADEN, in his official capacity and in his individual capacity,
KELLI FRANK, in her official capacity and in her individual capacity,
WHITNEY TRAYLOR, in his official capacity and his individual capacity,
DANIELA GARCIA, in her official capacity and individual capacity, and
RAUL M. SANCHEZ, in his official capacity,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

In light of the Status Report submitted by Defendants, Dkt. #60, the deadline for submission of dismissal papers is extended to June 11, 2021.

Date: May 17, 2021