IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03124-RM-NRN

MICHAEL HOLOWECKI,

    Plaintiff

v.

METROPOLITAN STATE UNIVERSITY OF DENVER, et al.,

    Defendants.

## STIPULATION FOR DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Court's April 15, 2021 Minute Entry for Settlement, ECF #58, the parties hereby stipulate that this matter is dismissed with prejudice, each side to bear their own fees and costs.

Respectfully submitted this 24th day of May, 2021.

| | |
|---|---|
| MICHAEL F. HOLOWECKI<br>Pro Se<br><br>*/s/ Michael F. Holowecki*<br>Michael F. Holowecki<br>P.O. Box 711<br>Parachute, CO 81635<br>mholowecki@gmail.com | PHILIP J. WEISER<br>Attorney General<br><br>*/s/ Skip Spear*<br>Skippere Spear, No. 32601*<br>Andrew M. Katarikawe, No. 25600*<br>Senior Assistant Attorneys General<br><br>ATTORNEYS FOR DEFENDANTS<br>Ralph L. Carr Colorado Judicial Center |

1

1300 Broadway, 6th Floor
Denver, CO 80203
(720) 508-6140; (720) 508-6616
skip.spear@coag.gov;
andrew.katarikawe@coag.gov
*counsel of record

## CERTIFICATE OF SERVICE

I certify that I served the foregoing Stipulation for Dismissal upon all parties herein by e-filing and service through the CM/ECF system maintained by the court or by depositing copies of same in the United State mail, first-class postage prepaid, at Denver, Colorado, this 24th day of May, 2021 addressed as follows:

Michael Holowecki
P.O. Box 711
Parachute, CO 81635
mholowecki@gmail.com

*/s/ Theresa Damon*